**IT IS ORDERED**

**Date Entered on Docket: April 23, 2020**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW MEXICO

IN RE:

Margaret Jane Jones,

  Debtor.     Case No. 19-12207-ta13

### STIPULATED ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Court on stipulation of Secured Creditor, U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 ("Secured Creditor"), and the Debtor, Margaret Jane Jones ("Debtor"). Upon approval by the Secured Creditor, the Debtor, and the Chapter 13 Trustee, and good cause appearing,

IT IS THEREFORE ORDERED AS FOLLOWS:

1. This Stipulated Order affects the real property commonly known as: 4711 Caspian Ave, Farmington, NM 87402 (the "Subject Property").

2. Commencing 4/20/2020, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Secured Creditor, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

3. Payments shall be made directly to servicing agent for Secured Creditor, Select Portfolio Servicing, Inc., at Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450, with reference to the last four digits of the Loan Number 1878, or as otherwise directed.

4. Commencing May 4, 2020, and continuing thereafter on the fourth day of each month through and including September 4, 2020, Debtor shall make an additional monthly payment of $814.50, with a final additional payment in the amount of $814.46 due on or before October 4, 2020, until post-petition arrears in the sum of $4,886.96 are paid. Said sum represents the post-petition delinquency itemized below:

| | |
|---|---|
| 5 post-petition payment at $1,004.16 each:<br>(11/20/19 through 3/20/20) | $5,020.80 |
| Less Debtor's Suspense: | $ (133.84) |
| **Total Delinquency in the amount of:** | **$4,886.96** |

5. Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

6. In the event Debtor fails to timely perform any of the obligations set forth in this stipulation, Secured Creditor shall notify Debtor and their counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

7. If Debtor fails to timely cure the default, or defaults on the obligations set forth herein on more than three (3) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a Trustee's sale of the Subject

Property, pursuant to applicable state law, and without further Court Order or proceeding being necessary, and commence any action necessary to obtain complete possession of the Subject Property, including unlawful detainer, if required.

8. Secured Creditor's Proof of Claim is due and owing and is allowed in full.

##END OF ORDER##

Prepared and submitted by:

/s/ Stephanie Schaeffer
Stephanie Schaeffer, Esq.
McCarthy & Holthus, LLP
Attorneys for Secured Creditor
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113
(505) 219-4900


/s/ Gerald R Velarde via email on 4/20/20
Gerald R Velarde, Esq.
2531 Wyoming Blvd NE
Albuquerque, NM 87112-1027
505-248-1828


/s/ Tiffany M. Cornejo via email on 4/20/20
Tiffany M. Cornejo
625 Silver Avenue SW, Suite 350
Albuquerque, NM 87102
505-243-1335